ANTHONY VALENTE AND ALICE VALENTE, HIS WIFE, PLAINTIFFS-APPELLANTS, v. ATLANTIC CITY ELEC-TRIC COMPANY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued June 1, 1954—Decided June 4, 1954.

Before Judges JAYNE, STANTON and HALL.

*Mr. Alfred R. Pierce* argued the cause for appellants.

*Mr. John J. Lloyd, Jr.,* argued the cause for respondent (*Messrs. Lloyd & Horn,* attorneys).

The opinion of the court was delivered

PER CURIAM. We refrain from unnecessarily expressing any opinion concerning the interest the plaintiffs in other or different factual circumstances would have acquired as grantees of the servient tenement by virtue of the terms of the easement agreement.

The judgment under review is affirmed upon the findings of fact and conclusions of law expressed in the opinion rendered by Judge Haneman, which is reported in 28 *N. J. Super.* 476 (*Ch. Div.* 1953).